[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14002
Non-Argument Calendar

_____

D.C. Docket No. 1:20-cv-02890-SCJ


RANDY BUTLER,

                                                    Plaintiff-Appellant,

                          versus

TECHNICAL COLLEGE SYSTEM OF GEORGIA,

                                                    Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 1, 2021)

Before WILLIAM PRYOR, Chief Judge, LAGOA and BRASHER, Circuit Judges.

PER CURIAM:

Randy Butler appeals *pro se* the *sua sponte* dismissal of his complaint against the Technical College System of Georgia for lack of subject-matter jurisdiction. 28 U.S.C. § 1915(e)(2)(B)(iii). Butler's complaint consisted of a single paragraph that alleged "economic development research" by the Technical College caused "constitutional violation[s] and damage to property." Butler does not contest the ruling that the Technical College is an arm of the State of Georgia that is entitled to sovereign immunity under the Eleventh Amendment. Instead, Butler makes a vague argument that the Technical College appropriated unspecified property "for public use," in violation of the Takings Clause of the Fifth Amendment. "While we read briefs filed by *pro se* litigants liberally," Butler has abandoned any argument that he could have made challenging the jurisdictional ruling of the district court. *See Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008) ("[I]ssues not briefed on appeal by a *pro se* litigant are deemed abandoned."). We affirm the dismissal of Butler's complaint.

**AFFIRMED**.